

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00655-CR

Matthew Jamal **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0148
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 6, 2016.

Luz Elena D. Chapa, Justice